### MILLER vs. McCullough.

On certiorari to the judgment of a justice of the peace, the judgment should be
quashed or affirmed upon what appears upon the face of the papers, not upon the
admissions of parties, as to facts not appearing therein.

*Appeal from   Columbia Circuit Court.*

HON. SHELTON WATSON, Circuit Judge.

WATKINS & GALLAGHER, for appellant.

GARLAND, contra.

Mr. Justice FAIRCHILD delivered the opinion of the court.

This appeal has been argued here as involving the question,
whether a judgment of a justice of the peace, rendered upon
default of the appearance of the defendant, was void because
served in another township than that in which the summons
was issued.

Judgment having been given against the defendant, and
brought to the Circuit Court on *certiorari*, the transcript of the
proceedings of the justice of the peace does not show that the
summons was served out of the township whence it issued;
although in the Circuit Court, the plaintiff in the justice's suit
admitted such to be the case; whereupon the Circuit Court
quashed the judgment of the justice of the peace.   Miller, the
original plaintiff, appealed.

Upon *certiorari*, the judgment and proceedings of the justice
should have been quashed or affirmed, from what appeared

upon the papers, not upon the admissions of parties in the Circuit Court.

The judgment of the Circuit Court of Columbia county is reversed, with instructions to affirm the judgment of the justice of the peace.